1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

JAMES FAIRCLOTH,

Case No. 19-cv-05830-JCS

8

Plaintiff,

9

v.

**ORDER DENYING AS MOOT MOTION TO DISMISS**

10

AR RESOURCES, INC.,

Re: Dkt. No. 10

11

Defendant.

12          Defendant AR Resources, Inc. moved to dismiss the original complaint filed by Plaintiff

13   James Faircloth.  Rather than oppose the motion, Faircloth filed an amended complaint pursuant to

14   Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.  The amended complaint supersedes the

15   original complaint.  AR Resources' motion to dismiss the original complaint is therefore DENIED

16   as moot, without prejudice to any argument that AR Resources might raise in a separate motion to

17   dismiss the amended complaint.

18          The hearing set for November 22, 2019 is VACATED.  The case management conference

19   set for the same date is CONTINUED to January 10, 2020, at 2:00 PM, and will be held in

20   Courtroom F on the fifteenth floor of the San Francisco courthouse.  The deadline for the parties

21   to file a joint case management statement is CONTINUED to January 3, 2020.

22          **IT IS SO ORDERED.**

23   Dated: November 13, 2019

24   _____

25   JOSEPH C. SPERO
     Chief Magistrate Judge

26
27
28